**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAMADOU BA,

    Petitioner,      Case No. 25-14093

v.             Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

    Respondents.

_____/

## **ORDER DISMISSING CAUSE OF ACTION**

Petitioner Mamadou Ba filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241, alleging that he was being unlawfully detained at Monroe County Jail, in violation of the Immigration and Nationality Act ("INA") and the Due Process Clause of the Fifth Amendment. (ECF No. 1.)

On March 5, 2026, the Court ordered respondents to immediately release Ba from custody, or in the alternative, provide them with an individualized bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) on or before March 12, 2026. (ECF No. 7.) The Court further ordered respondents to file a status report regarding Ba on or before March 19, 2026. (*Id.*)

On March 18, 2026, respondents filed a status report, wherein they advised the Court that the immigration court held a bond hearing for Singh on March 12, 2026, but the immigration court denied his request for release on bond because it found that he failed to show that he is not a flight risk. (ECF No. 8.)

Accordingly, as Ba was granted the relief he requested in the form of an individualized bond hearing, **IT IS ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
JONATHAN J.C. GREY
DATE: May 22, 2026           United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 22, 2026.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager